UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

PATRICIA ANN LANGEVIN, )
)
       Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:16-CV-144-FL
)
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
)
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which plaintiff filed an objection.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 29, 2018, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to defendant for an award of benefits.

**This Judgment Filed and Entered on March 29, 2018, and Copies To:**

Jonathan P. Miller (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)


March 29, 2018                                   PETER A. MOORE, JR. CLERK
                                                     /s/ Susan W. Tripp
                                                     (By) Susan W. Tripp, Deputy Clerk