UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA LANGEVIN ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:16-CV-144-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 22, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $6,060.12 ($6,000.00 in attorney's fees and $60.12 in expenses).

**This Judgment Filed and Entered on May 22, 2018, and Copies To:**

Jonathan P. Miller (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| May 22, 2018 | PETER A. MOORE, JR., CLERK |
| | /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |